**Exhibit A to the Complaint**

**Location:** Lagrangeville, NY  **IP Address:** 68.199.189.185
**Total Works Infringed:** 23  **ISP:** Optimum Online

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | CC4C9F3139A74EA0F73EEEC68EFA9CE5594554F9 | Vixen | 12/31/2017 14:23:44 | 12/30/2017 | 01/18/2018 | PA0002070944 |
| 2 | 01B8C563D27BC967C2ECCC1EB54F98FF1B10ED3B | Vixen | 12/01/2017 12:30:19 | 11/30/2017 | 12/17/2017 | 16159649437 |
| 3 | 14D2C680AA1DD5543C0413431AA079A985B0DC73 | Blacked | 10/12/2017 12:33:20 | 10/02/2017 | 10/10/2017 | 15894022390 |
| 4 | 1AAD40B9C28B70D2156BCD7912A2F284C11F634D | Vixen | 08/17/2017 19:43:51 | 08/17/2017 | 08/24/2017 | 15894022586 |
| 5 | 1B6B000895E6AF68FA1C71417E61A9E9C34EBC71 | Vixen | 09/22/2017 10:32:56 | 09/21/2017 | 09/28/2017 | 15894022962 |
| 6 | 27EF224D023462A415E9AA1F50ED06DDA40C617F | Blacked | 10/23/2017 12:54:00 | 10/22/2017 | 11/15/2017 | PA0002063627 |
| 7 | 32459F97831DDF6C0B13221712692F67850A4AF0 | Blacked | 08/04/2017 19:38:44 | 08/03/2017 | 08/17/2017 | 15732904092 |
| 8 | 38086EB35F3D3C9574AB3DBF13539EED2AF01EA4 | Blacked | 11/08/2017 12:32:35 | 11/06/2017 | 11/15/2017 | 16013342719 |
| 9 | 3D975982F1D32ABB38E851EAA39614D3ADCD8FB2 | Blacked | 12/02/2017 14:45:09 | 12/01/2017 | 12/17/2017 | 16159649724 |
| 10 | 6437E6F43855D1C98B7B25546D39C5CF0E99962A | Blacked | 09/03/2017 11:40:04 | 09/02/2017 | 09/07/2017 | PA0002052847 |
| 11 | 64683F0353A903719B39E742A35B975B17849BF7 | Vixen | 07/29/2017 00:26:40 | 07/28/2017 | 08/10/2017 | PA0002046871 |
| 12 | 6EAAFE0F3E012E94CE6FF11EC5DFC0835CDABEA6 | Blacked | 07/25/2017 00:09:47 | 07/24/2017 | 08/11/2017 | PA0002046874 |
| 13 | 7305E9F6336E015142F52CA487611FD8AB7D1E58 | Vixen | 01/15/2018 13:03:30 | 01/14/2018 | 01/20/2018 | 16223964582 |
| 14 | 76643D3E3E7CE8687DD1596C2359DD458143381D | Vixen | 09/27/2017 10:21:25 | 09/26/2017 | 10/10/2017 | 15894022782 |
| 15 | 83B25F695D0D04E24E3F985A1565C2C3E01F6459 | Vixen | 10/22/2017 00:48:02 | 10/21/2017 | 11/15/2017 | 16016503512 |
| 16 | 91888D1F273525E13F995A696CF0674A0B91A9B6 | Vixen | 09/02/2017 10:46:14 | 09/01/2017 | 09/07/2017 | PA0002052845 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 9D2247F53E427F6FB0718CC2346CBBA4008C13EA | Blacked Ra | 12/04/2017 12:40:34 | 12/03/2017 | 12/17/2017 | 16159429180 |
| 18 | 9E1EEE10CC32609ECC2542444366C4BBDC969CB5 | Vixen | 10/08/2017 13:23:03 | 09/16/2017 | 09/25/2017 | 15894022913 |
| 19 | A03B6569E886BF8091B6D0E7E9B8FA6DB98CDE20 | Vixen | 10/16/2017 22:37:10 | 10/16/2017 | 10/22/2017 | 15918925812 |
| 20 | A342244F2E0287F7EB6E897441849848F8A7D7A5 | Vixen | 10/07/2017 11:33:19 | 06/18/2017 | 07/07/2017 | PA0002070833 |
| 21 | A5DAB5C75BEE5E7712B44AB312CC175F0E036C7B | Blacked | 09/18/2017 10:25:25 | 09/17/2017 | 09/25/2017 | 15894023110 |
| 22 | C341AC19AAF42185652B5AD8AA85ADDC9ED72B2C | Vixen | 12/26/2017 11:42:04 | 12/25/2017 | 01/18/2018 | 16200019612 |
| 23 | E48665E26ACE2AC908A80B030E5B02682277F35C | Blacked Ra | 01/08/2018 11:51:18 | 01/07/2018 | 01/18/2018 | 16215824015 |